**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                **NOTICE OF ATTORNEY APPEARANCE**
                          07-mj-01882

      -against-

HASSAN CHAHINE
-----------------------------------------------------------X

      PLEASE NOTE, that I have been retained by HASSAN CHAHINE, the above named Defendant.

I was admitted to practice in this District in November, 1989.

S/JONATHAN KAYE

BAR CODE:   JK4439

JONATHAN KAYE, ESQ.
19-02 WHITESTONE EXPRESSWAY,
SUITE 401
WHITESTONE, NEW YORK 11357

ESQJK@AOL.COM

PHONE: (718) 746-5017
FAX: (718) 746-4746